McLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, NY 10016
Paul H. Silverman (PS 0538)

Attorneys for G.A.P. Adventures, Inc

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- )
In re:                                                         )
                                                               )     **Chapter 7**
Morgan & Finnegan L.L.P.,                                      )
                                                               )     **Case No. 09-11203 (RDD)**
                                    Debtor.                    )
-------------------------------------------------------------- )

## CERTIFICATE OF SERVICE

I, Tom Braegelmann, hereby certify that on June 8, 2010 I caused the following documents:

- Notice of Presentment of Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Authorizing and Approving a Stipulation of a Settlement Agreement And Release Between Roy Babitt as Chapter 7 Trustee of Morgan & Finnegan L.L.P. and G.A.P. Adventures, Inc. and Opportunity for Hearing

- Proposed Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Authorizing and Approving a Stipulation of a Settlement Agreement and Release Between Roy Babitt as Chapter 7 Trustee of Morgan & Finnegan L.L.P. and G.A.P. Adventures, Inc.

- Motion for an Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Authorizing and Approving a Stipulation of a Settlement Agreement and Release Between Roy Babitt as Chapter 7 Trustee Of Morgan & Finnegan L.L.P. and G.A.P. Adventures, Inc.

- Settlement Agreement and Release Between Roy Babitt as Chapter 7 Trustee of Morgan & Finnegan L.L.P. and G.A.P. Adventures, Inc.

to be furnished to the following parties via CM/ECF:

1

Roy Babitt
clarke.janease@arentfox.com;ny01@ecfcbis.com;nytemp3@arentfox.com;rbabitt@gmail.com

Schuyler G. Carroll on behalf of Attorney Arent Fox LLP
carroll.schuyler@arentfox.com, constantino.nova@arentfox.com

Theresa A. Driscoll on behalf of Creditor Key Equipment Finance Inc.
tdriscoll@moritthock.com, jindence@moritthock.com

Anthony I. Giacobbe on behalf of Creditor AICCO, Inc.
agiacobbe@zeklaw.com

Pedro A. Jimenez on behalf of Interested Party J.M. Huber Corporation
pjimenez@jonesday.com

Frank McGinn on behalf of Creditor Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Carole Neville on behalf of Creditor Locke Lord Bissell & Liddell LLP
cneville@sonnenschein.com

Isaac Nutovic on behalf of Attorney Nutovic & Associates
INutovic@Nutovic.com

Harold Olsen on behalf of Creditor Cityside Archives, Ltd.
holsen@stroock.com

Randy Schaefer on behalf of Creditor Bart Verdirame
rschaefer@silvermanacampora.com

Paul H. Silverman on behalf of Defendant G.A.P. Adventures, Inc.
PSilverman@mclaughlinstern.com

Stephen Z. Starr on behalf of Creditor Canon Financial Services, Inc.
sstarr@starrandstarr.com, schoi@starrandstarr.com

Jay Teitelbaum on behalf of Creditor JPMorgan Chase Bank,N.A.
jteitelbaum@tblawllp.com

In addition, the abovementioned documents were served upon the recipients named in the annexed mailing matrix on June 8, 2010 by first class U.S. mail, by depositing true copies thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and

custody of the U.S. Postal Service, addressed to each respective recipient named in the annexed mailing matrix.

Dated: New York, New York
June 9, 2010

By: *Tom Braegelmann*

Sworn to me before the this 9th day

of June 2010:

OLIVER R. CHERNIN
Notary Public, State of New York
No. 02CH5036523
Qualified in New York County
Commission Expires November 28, 2010

3

**MAILING MATRIX**

**MAILING MATRIX**

Label Matrix for local noticing
0208-1
Case 09-11203-rdd
Southern District of New York
Manhattan
Tue Jun  8 11:14:54 EDT 2010

Arent Fox LLP
1675 Broadway
New York, NY 10019

G.A.P. Adventures, Inc.
260 Madison Ave.
18th Floor.
New York, NY 10016-2401
c/o Mclaughlin & Stern, LLP

Iron Mountain Information Management, Inc.
c/o Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110-1610

J.M. Huber Corporation
c/o Jones Day
Attn: Brett Berlin
1420 Peachtree Street N.E., Suite 800
Atlanta, GA 30309-3053

Key Equipment Finance Inc.
Moritt Hock Hamroff & Horowitz LLP
400 Garden City Plaza
Garden City, NY 11530-3327

Morgan & Finnegan L.L.P.
3 World Financial Center
New York, NY 10281-1013

Manhattan Division
One Bowling Green
New York, NY 10004-1415

13023 Saint Clair Rd
Clarksburg, MD 20871-4363


A. RADY
14 PENN BLVD.
SCARSDALE, NY 10583-7512

A. WAYDA
C/O LOCKE LORD
3 W.F. CENTER
NY, NY  10281

A.A. Mace
139 West 14th Street Apt.5f
New York, NY 10011-7316


A.C. Chein
68-04 Exeter Street
Forest Hills, NY 11375-5049

A.E.Nolan
4410 Westfield Drive
Fairfax, VA 22032-1257

A.G. Triplett
399 Berkshire Drive
Riva, MD 21140-1431


A.M. Morales
215 Alexander Avenue Apt. 8b
Bronx, NY 10454-3825

A.P. Padro
2736 Independance Av Apt. 2a
Riverdale, NY 10463-4659

A.S. Isles
375 Fountain Avenue, #6F
Brooklyn, NY 11208-4316


A.W. Wormack
17022 King Jamesway #202
Gaithersburg, MD 20877-2235

ACIP Intnl
4115 Blackhawk Plaza Circle
Suite 100
Danville, CA 94506-4616

AICCO INC
IMPERIAL AI CREDIT COMPANIES INC
101 HUDSON STREET, 34TH FLOOR
JERSEY CITY, NJ 07302-3905


AICCO Inc.
1001 Winstead Drive, Suite 500
Cary, NC 27513-2133

AMERICAN HOME ASSURANCE COMPANY
MICHELLE A LEVITT
175 WATER STREET 18TH FLOOR
NEW YORK, NY 10038-4976

AT &T
P.O.BOX 8220
AURORA, IL  60572-8220


AT&T CORP.
ATTORNEY JAMES GRUDUS
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921-2693

Andiamo Group
44 Montgomery Street Suite 1250
San Francisco, CA 94104-4614

Animus Rex
36 East 23rd Street
New York, NY 10010-4409


Arnold I. Rady
14 Penn Boulevard
Scarsdale, NY 10583-7512

B. VERIDAME
C/O CADWALADER WICKERSHAM & TA
1 WORLD FINANCIAL CENTER
NEW YORK, NY 10281-1003

B. Wolf
72-42 66th Road
Middle Village, NY 11379-2116

| | | |
|---|---|---|
| BERKEMEYER<br>PO BOX 1274<br>SE-80137 GAYLE, Sweden, | BFP TOWER C CO LLC<br>C/O BROOKFIELD PROPERTIES<br>3 WORLD FINANCIAL CETR., 11TH<br>NEW YORK, NY 10281-1013 | BJERKENS PATENTBYKRA KB<br>BOX 1274<br>Se 80137 Sweden, |
| BLAKE CASSELS AND GRAYDON<br>45 O'CONNER ST. 20TH FLOOR<br>OTTAWA, ON K1P 1A4 | BLONDIE'S HOLIDAY HOUSE LLC<br>431 FAYETTE AVENUE<br>MAMORONECK, NY 10543-2211 | BOLET & TERRERO<br>C/O CITIBANK<br>POBOX 7247-8738 .<br>PHILA., PA 19170-0001 |
| BUSTAMANTE & BUSTAMANTE<br>PO BOX 17-01-02455<br>Quito, Ecuador, | Banc Of America Leasing<br>P.O. Box 100916<br>Atlanta, GA 30384-0916 | Bank Of America Leasing And Ca<br>P.O.Box 100916<br>Atlanta, GA 30384-0916 |
| Barreda Muller<br>Las Begonias 441-5to Piso<br>14-0265<br>Lima 27, Peru, | Bartholomew Verdirame<br>C/O Cadwalader Wickersham & Taft<br>1 World Financial Center<br>New York, NY 10281-1003 | Benfit Resource Inc<br>2320 Brighton-Henrietta Townli<br>Rochester, NY 14623-2782 |
| Bereskin & Parr<br>Box 401 40 King Street West<br>Toronto , Canada, ON M5H 3Y2 | Berggren OY AB<br>PO BOX 16<br>FINLAND 00101 HELSINKI<br>00101 | C. Leone<br>159 Bay 34th Street<br>Brooklyn, NY 11214-5207 |
| C.A. Hughes<br>C/OFrankfurt Kurnit Kleein & S<br>488 Madison Avenue<br>New York, NY 10022-5754 | C.E. Coward<br>516 Peacock Drive<br>Hyattsville, MD 20785-4600 | C.K. Hu<br>C/O Artur Caimpi, Esq.<br>44 Wall Street<br>New York, NY 10005-2401 |
| C.R. Pryor<br>1621 Old Chapel Road<br>Boyce, VA 22620-2303 | C.W.Kibler<br>21 West Street Apt. 15A<br>New York, NY 10006-2927 | CABINET MADEUF<br>56 RUE DE FAUBURG ST-HONORE<br>Paris France, 75008 |
| CABINET SALES<br>PO BOX 211<br>HT 6110 PORT-AU-PRINCE<br>HAITI, | CANON BUSINESS SOLUTIONS<br>15004 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-0001 | CANON BUSINESS SOLUTIONS EAST<br>1250 VALLEY BROOK AVE<br>LYNDURST, NJ 07071-3508 |
| CAVELIER ABOGADOS<br>WILMINGTON TRUST COMPANY<br>PO BOX 510127<br>PHILADELPHIA, PA 19175-0127 | CCPIT PATENT AND TRADEMARK OFF<br>10/F OCEAN PLAZA<br>158 FUXINGMENNEI STREET, BEJIN<br>CHINA, | CENTER FOR METABOLIC BONE DIS<br>10 CONGRESS STREET<br>SUITE 512<br>PASADENA, CA 91105-3042 |
| CHEMICAL ABSTRACTS SERVICE<br>L-3000<br>COLUMBUS, OH 43260-0001 | CHRISTOPHER K HU<br>21 WILLIAMSBURG COURT<br>SKILLMAN, NJ 08558-1827 | COMPUTER PATIENT ANNUITIES<br>NORTH AMERICA LLC<br>THOMAS & STOCKBRIDGE PC<br>10 LIGHT STREET<br>BALTIMORE, MD 21202-1435 |

```
CPA LACASSE GLOBAL PATENT RESEARCH LLC      CT Corporation System                  Canon Financial Services Inc
THOMAS D RENDA                              PO BOX 4349                            P.O. Box 4004
MILES & STOCKBRIDGE PC                      CAROL STREAM, IL  60197-4349           Carol Stream, IL  60197-4004
10 LIGHT STREET
BALTIMORE, MD 21202-1435


China Science Patent & Trademark            Christopher A. Hughes, Esq.            Cityside Archives Ltd.
25/F BLDG. B, TSINGUA TONGFANG               18 Creek Lane                          499 Mill Road
Hi-Tech Plaza No 1                           Oyster Bay, New York 11771-1100        Edison, NJ 08837-3840
Wangzhuang Rd. Haidian Dist.                                                        Attn: Josephine Romero, President
Beijing, P.R.  China, 100083


Cityside Archives, Ltd.                      Clark Modet & Co (Chile)               Classic Packaging
c/o Stroock & Stroock & Lavan LLP            HUERFANOS 3835 PISO 19, OF 190         350 MICHAEL DRIVE
180 Maiden Lane                              SANTIAGO CHILE,                        SYOSSET, NY 11791-5307
New York, NY 10038-4925
Attn: Harold A. Olsen, Esq.


Coffee Distributing Corp.                    Computer Packages Inc.                 Computer Patent Annuities Nort
P.O. BOX 766                                 414 HUNGERFORD DRIVE SUITE 300         1900 DUKE Suite 300
GARDEN CITY, NY 11040-0766                   ROCKVILLE, MD 20850-4185               Alexandria, VA 22314-3498


Confidential Shredding, LLC                  Corporate Express, Inc.                D. Chastaine
P.O. BOX 8643                                P.O. BOX 95708                         160-04 Sanford Ave. Apt. 4B
WOODCLIFF LAKE, NJ 07677-8643                CHICAGO, IL 60694-5708                 Flushing, NY 11358-4105


D. KANE AND S.KANE                           D.A. Bardac-Vlada                      D.M. Newman
365 ELM RD                                   36-08 29th Street Apt. 4f              41 Shawnee Trail
BRIARCLIFF MANOR, NY 10510-2207              Long Island City, NY 11106-3242        Sparta, NJ 07871-1515


D.PFEFFER                                    DENISE CHASTAINE                       DTI Skyline
36 STONYGATE OVAL                            312 MC CALL AVENUE                     P.O. Box 403667
NEW ROCHELLE, NY 10804-2539                  WEST ISLIP, NY 11795-4109              Atlanta, GA 30384-3667


Dancyn Vending Service                       Daniel Advogados Intellectual          Danka
378 Shirley Ave                              Bank Of America: Treasury Mana         4388 Collections Center Drive
Staten Island, NY 10312-5454                 Miami Oper. FL-7-400-01-54 171         Chicago, IL 60693-0001
                                             Hialeah, FL  33015


David H. Pfeffer                             Davis & Hosfield Consulting LL         Day-Timers, Inc.
c/o Law Offices of Douglas T. Tabachnik,     20 NORTH WACKER DRIVE, SUITE 2         P.O. Box 27013
63 West Main Street, Suite C                 CHICAGO, IL 60606-2817                 Lehigh Valley, PA 18002-7013
Freehold, NJ 07728-2141


Dewey & LeBoeuf                              Dimension Data                         Domnern Somgiat & Boonma Law Office Ltd
Attn: Alan Berman                            550 Cochituate Rd.                     Gpo Box 203
1301 Avenue of the Americas                  Collegeville, PA  19246                Bangkok 10501 Thailand,
New York, NY 10019-6022
```

| | | |
|---|---|---|
| Dr. V. Vossius<br>GEIBELSTRASSSE 6,<br>81679 MUNCHEN<br>GERMANY, | E. Bros<br>218 Husson Ave<br>Bronx, NY 10473-2315 | E. Moroz<br>120 Cedar Drive East<br>Briarcliff Manor, NY 10510-2602 |
| E.G. Wright<br>1101 New Hampshire Avenue, N.W<br>Washington, DC 20037-1537 | Elite Limousine Plus Inc.<br>P.O. Box 1588<br>Long Island City, NY 11101-0588 | Empire State Development Corpo<br>Attn: Robert Kwon<br>633 Third Avenue -35th Floor<br>New Yorrk, NY 10017-6706 |
| Ergo Computers<br>41 Riordan Place<br>Shrewsbury, NJ 07702-4305 | Eurest Dining Services<br>Compass Group, Loxbox<br>P.O. Box 91337<br>Chicago, IL 60693-1337 | F. Catania<br>P.O. Box 430 75 W. Rd<br>Pound Ridge, NY 10576-0430 |
| F.W. Langford<br>6560 Morning Meadows Drive<br>Alexandria, VA 22315-5073 | FEDEX CUSTOMER INFORMATION SERVICES<br>ATTN: REVENUE RECOVERY/BANKRUPTCY<br>3965 AIRWAYS BLVD, MODULE G, 3RD FL<br>MEMPHIS, TN 38116-5017 | Federal Express Corp.<br>P.O. Box 371461<br>Pittsburg, PA 15250-7461 |
| Filterfresh Coffee<br>P.O. Box 37049<br>Baltimore, MD 21297-3049 | Firstlaw Lee & Ko<br>SEOCHO P.O BOX 437, Trust Towe<br>VANGJAE-DONG, SECOHO-KU<br>Soeul Korea, | Fitzwilliam, Stone, Furness-Sm<br>48-50 SACKVILLE STREET<br>PORT OF SPAIN<br>TRINIDAD AND TOBAGO, |
| Freehills<br>GPO BOX 4227<br>Sydney NSW Austrailia 20, | Fujimoto Patent Office<br>YAESU NAGOYA BLDG, 6TH FLOOR<br>2-2-10, YAESU,, CHUO-KU<br>TOKYO 104-0028, JAPAN, | G. Chandiramani<br>35 William Blow Ct.<br>Edison, NJ 08837-7003 |
| G. Haddad<br>C/O Arthur Ciampi, Esq.<br>44 Wall Street<br>New York, NY 10005-2401 | G. Tacticos<br>1080 Chestnut Street Apt #10d<br>San Francisco, CA 94109-1205 | G.E. Capital Corporation<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids, IA 52404-8247 |
| G.K. Rymer<br>314 Fourth Street Apt. 1<br>Brooklyn, NY 11215-2805 | GE Capital<br>P.O. BOX 642444<br>Pittsburgh, PA 15264-2444 | GENERAL ELECTRIC CAPITAL GROUP<br>1010 THOMAS EDISON BLVD. SW<br>CEDAR RAPIDS, IA 52404-8247 |
| GERARD A HADDAD<br>40 BEVERLY DR<br>RYE, NY 10580-2502 | GLAMOURMOM LLC<br>ATTN: THOMAS L MONTAGNINO<br>180 MADISON AVE SUITE 2305<br>NEW YORK, NY 10016-5267 | Geller Group<br>462 SEVENTH AVENUE, 6th Flr<br>New York, NY 10018-7434 |
| General Binding Corp.<br>PO BOX 71361<br>Chicago, IL 60694-1361 | Gowlings<br>P.O. Box 466, Station D<br>Ottawa Canada, ON K1P 1C3 | Graf Von Stosch Patentanwaltsgesellschaft mb<br>Prinzregentenstr. 22, 80538<br>Munchen |

| | | |
|---|---|---|
| Griffith Hack & Co.<br>LEVEL 19, 109 ST.<br>GEORGE'S TERRACE  PERTH WA 600<br>AUSTRALIA, | Guernsey Office Produc<br>P.O. Box 10846<br>Chantilly, VA  20153-0846 | H.A. Gabathuler<br>157 14th Street Apt. 11<br>Hoboken, NJ 07030-4449 |
| H.C. MARCUS<br>C/O LOCKE LORDE<br>3 WORLD FINANCIAL CENTER<br>N.Y., NY 10281-1013 | H.M. Tiger<br>174 Grand Ave<br>Rutherford, NJ 07070-1414 | H.R.Ma<br>460 Ovington Avenue Apt. 4H<br>Brooklyn, NY 11209-1521 |
| HAROLD A. OLSEN<br>STROOCK & STROOK & LAVAN LLP<br>180 MAIDEN LANE<br>NEW YORK, NY 10038-4982 | HENRY ANDREAS GABATHULER<br>301 WILLOW AVE<br>APT 3<br>HOBOKEN, NJ 07030-7921 | Hansmann & Vogeser<br>ALBERT-ROSSHAUPTER-STRASSE 65<br>81369 Munchen Germany, |
| Harvard Maintenance Inc.<br>ATTN: JOANNE PLEMENOS<br>570 SEVENTH AVENUE, 16th Floor<br>New York, NY 10018-1625 | Horticultural Creations Inc.<br>53-55 BEACH STREET<br>New York, NY 10013-2304 | IDEARC MEDIA FORMERLY VERIZON DIRECTORIES<br>5601 EXECUTIVE DRIVE<br>IRVING, TEXAS 75038-2508 |
| Idearc Media Corp.<br>ATTN:  ACCT RECEIVABLE DEPT.<br>P O. BOX 619009<br>DFW AIRPORT, TX  75261-9009 | Image Threads LLC<br>4610 CHURCH STREET<br>SHOREVIEW, MN 55126-5829 | Impact Office Products<br>PO BOX 403846<br>ATLANTA, GA  30384-3846 |
| Iron Mountain<br>P.O. BOX 27128<br>New York, NY  10087-7128 | Ismaldi Cueto<br>59-38 69th Avenue 2nd Flr<br>Ridgewood, NY 11385-4454 | Ismari Cueto<br>59-38 69th Avenue Apt. 2<br>Ridgewood, NY 11385-4454 |
| J. DEGIROLAMO<br>36 WOODS END DRIVE<br>3 WWORLD FINANCIAL CENTER<br>WILTON, CT  06897 | J. De Jesus<br>137-20 Lafayette St.<br>Ozone Park, NY 11417-2733 | J. Harilall<br>68-12 Yellowstone Bl Apt. 4z<br>Forest Hills, NY 11375-3246 |
| J. Nieves<br>529 W 186th Street<br>New York, NY 10033-2803 | J. Nieves<br>529 W 186th Street Apt. #31<br>New York, NY 10033-2832 | J. W. GOULD<br>C/O LOCKE LORD<br>3 WORLD FINANCIAL CENTER<br>NY, NY 10281-1013 |
| J.C. Groh<br>21 Mohawk Drive<br>North Babylon, NY 11703-3303 | J.F. SWEENEY<br>C/O LOCKE LORD<br>3 WORLD FINANCIAL CENTER<br>N.Y. NY 10154, NY 10281-1013 | J.G. Garner<br>1755 York Ave. Apt. 3L<br>New York, NY 10128-6864 |
| J.T. Gallagher<br>C/O Arthur Ciampi, Esq.<br>44 Wall Street<br>New York, NY 10005-2401 | J.W. Cummings<br>5533 Metropolitan Av Apt. 2<br>Ridgewood, NY 11385-1202 | JANET DORE<br>415 EAST 52ND STREET<br>NEW YORK, NY 10022-6424 |

| | | |
|---|---|---|
| JOHN OSBORNE<br>C/O LOCKE LORD<br>3 W.F. CENTER<br>NY, NY 10281 | JOHN T GALLAGHER<br>335 ARLEIGH ROAD<br>DOUGLASTON, NY 11363-1144 | JP Morgan Chase Bank, N.A.<br>Teitelbaum & Baskin LLP<br>3 Barker Avenue<br>White Plains, NY 10601-1509 |
| Jackson Lewis<br>59 Maiden Lane<br>New York, NY 10038-4502 | Jennifer C. Groh<br>C/O Raymond Nardo, Esq<br>129 Third Street<br>Mineola, NY 11501-4403 | K&S PARTNERS INDIA<br>BK HOUSE, PLOT NO. 109 SECTOR 44<br>GURGAON 122 002<br>HARYANA, INDIA |
| K.M. Iwasaki<br>1045 N. Utah Street Apt. 213<br>Arlington, VA 22201-5752 | K.M. Koustenis<br>105 East 73rd Street<br>New York, NY 10021-3541 | KONICA MINOLTA DANKA IMAGING COMPANY<br>11101 ROOSEVELT BLVD<br>ST PETERSBURG FL 33716-2334<br>ATTN: LEE ACEVEDO |
| Kastle Systems LLC<br>P.O. BOX 75151<br>Baltimore, MD 21275-5151 | Key Equipment Finance<br>66 South Pearl Street<br>Albany, NY 12207-1501 | Key Equipment Finance Inc.<br>1000 S. McCaslin Blvd.<br>Superior, CO 80027-9456 |
| Key Equipment Finance Inc.<br>c/o Moritt Hock Hamroff & Horowitz LLP<br>400 Garden City Plaza<br>Garden City, NY 11530-3322<br>Attn: Theresa A. Driscoll, Esq. | L&B 1775 EYE STREET INC<br>C/O KRISTINA CROOKS<br>HOLLAND & KNIGHT LLP<br>2099 PENNSYLVANIA AVE NW SUITE 100<br>WASHINGTON, DC 20006-6801 | LEXISNEXIS KIM CRAMER<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OHIO 45342-4425 |
| Lasership Inc.<br>P.O. BOX 406420<br>ATLANTA, GA 30384-6420 | Law Journal Press<br>P.O. BOX 18105<br>Newark, NJ 07191-8105 | LegalPub.Com, Inc.<br>113 EAST BARE HILL ROAD<br>Harvard, MA 01451-1856 |
| Lexington Flowers<br>669 LEXINGTON AVENUE<br>New York, NY 10022-3603 | Lexis-Nexis<br>P.O. BOX 7247-7090<br>Philadelphia, PA 19170-0001 | Livingston, Alexander & Levy<br>POB OX 142 72 HARBOUR STR.<br>KINGSTON<br>JAMAICA W.I., |
| Locke Lord Bissell & Liddell L<br>2200 Ross Avenue<br>Suite 2200<br>Dallas, TX 75201-2748 | LogicShark Consulting, LLC<br>275 MADISON AVENUE, 6th Floor<br>New York, NY 10016-1101 | M. Abouelela<br>1951 Mountain Avenue<br>Scotch Plains, NJ 07076-1201 |
| M. Dotti<br>130 Mill Road<br>Staten Island, NY 10306-4809 | M.A. Mitchell<br>348 W. 145th Street Apt. 3R<br>New York, NY 10039-3042 | M.C. McKenzie<br>1532 A Street N.E.<br>Washington, DC 20002-6518 |
| M.DOUGHERTY<br>C/O CADWALADER WICKERSHAM & TA<br>1 WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281-1003 | M.E. Melo<br>91-30 98th Street<br>Woodhaven, NY 11421-2732 | M.K. Robinson<br>6035 Broadway Apt. #4m<br>Riverdale, NY 10471-4105 |

| | | |
|---|---|---|
| M.LIN<br>904 EDGEWOOD AVE.<br>PELHAM MANOR, NY 10803-2902 | M.LIN<br>MODERN VILLA #30<br>555 GAOJING RD, XUJING,QINGPU<br>SHANGHAI CHINA,    201701 | M.M Danielewski<br>17 Stagecoach Drive<br>Holmdel, NJ 07733-2714 |
| M.S. Marcus<br>C/O Arthur Ciampi, Esq.<br>44 Wall Street<br>New York, NY 10005-2401 | MARIA C.H. LIN<br>MODERN VILLA #30<br>555 GAOJING RD, XUJING, QINGPU<br>SHANGHAI CHINA 201701 | MARK J ABATE<br>GOODWIN PROCTER LLP<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVE<br>NEW YORK, NY 10018-1618 |
| MICHAEL S MARCUS<br>10009 ROUGH RUN COURT<br>FAIRFAX STATION, VA 22039-2959 | MSV Associates<br>14-02 PLYMOUTH DRIVE<br>Fairlawn, NJ 07410-1668 | Marks & Clerk (Canada)<br>PO BOX 957 STATION B K1P5S7<br>OTTAWA<br>ON  K1P 5S7 |
| Marks & Clerk (Scotland)<br>19 ROYAL EXCHANGE SQUARE<br>Glasgow G13AE U. KINGDOM, | Mart Financial Group Inc.<br>1410 N. Meacham Rd.<br>Schaumburg, IL 60173-4846 | Marval & O'Farrell<br>PO BOX 395 CHURCH STR. STA.<br>NY, NY 10008-0395 |
| Matrix Telecom, Inc.<br>P.O. BOX 660780<br>Dallas, TX  75266-0780 | Matthew Bender & Co. Inc.<br>P.O. BOX 7247-0178<br>Philadelphia, PA 19170-0001 | Mcgladrey & Pullen, LLP<br>5155 PAYSPHERE CIRCLE<br>Chicago, IL 60674-0051 |
| Michael P. Dougherty<br>C/O Cadwalader Wickersham & Taft<br>1 World Financial Center<br>New York, NY 10281-1003 | MicroPatent<br>39441 TREASURY CENTER<br>Chicago, IL  60694-9400 | Micron Systems Corp.<br>P.O. Box 605<br>Washington Crossing, PA 18977-0605 |
| Moffat & Co.<br>P.O. BOX 2088 STATION 'D'<br>OTTAWA,, ON | N. Comodo<br>1115-71 Street<br>Brooklyn, NY  11228 | N.O. Sidelnik<br>12 John Street Apt. 9<br>New York, NY 10038-4021 |
| N.Y. Minute Messenger<br>13-15 WEST 28TH STREET, 5th Fl<br>New York, NY  10001<br>BRENDAN MCNULTY | NEW YORK STATE URBAN DEVELOPMENT CORPORATION<br>633 THIRD AVENUE<br>NEW YORK, NY 10017-8109<br>ATTN: LAWRENCE GERSON, ESQ. | NYC DEPT OF FINANCE<br>AUDIT DIVISION<br>345 ADAMS STREET 5TH FLOOR<br>BROOKLYN, NY 11201-3719<br>ATTN: BANKRUPTCY UNIT |
| NYS DEPT OF TAX AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | NYS URBAN DEVELOPMENT CORPORATION<br>633 THIRD AVE<br>NEW YORK, NY 10017-8109<br>ATTN: LAWRENCE GERSON | National Benefit Life Insuranc<br>JAF Box 2386<br>New York, NY  10116 |
| Nederlandsch Octroobureau<br>POSTBUS 29720<br>2502 LS DEN HAAG<br>THE NETHERLANDS, | Nexus Technologies Group<br>7 WEST CROSS STREET<br>Hawthorne, NY 10532-1244 | Ochiai & Co.<br>TO BUILDING, 6-3, TAITO 2CHOME<br>TAITO-KU TOKYO 110-0016  JAPAN |

| | | |
|---|---|---|
| Olivares & Cia., S.C.<br>CITIBANK (BANAMEX USA) Main Of<br>2029 CENTURY PARK EAST, 42ND F<br>Los Angeles, CA 90067 | Oxford University Press<br>Credit & Collections Departmen<br>2001 EVANS ROAD<br>Cary, NC 27513-2009 | P. Bowers<br>4 Windermere Close<br>Hampton Bays, NY 11946-3240 |
| P.FILL<br>C/O LOCKE LORD<br>3 W.F. CENTER<br>NY, NY 10281 | P.J. MECHANICAL SERVICE<br>& MAINTENANCE CORP<br>135 WEST 18TH STREET<br>NEW YORK, NY 10011-4104 | Pacer Service Center<br>P.O. BOX 70951<br>Charlotte, NC 28272-0951 |
| Park Evalutation & Translation<br>134 WEST 29TH STREET<br>NY, NY 10001-5304 | Piasetzki & Nenniger<br>120 ADELAIDE ST. WEST - SUITE 2308<br>TORONTO, ON M5H 1T1 | Pick-A-Bagel<br>1991 BROADWAY, 2nd Floor<br>New York, NY 10023-5825 |
| Pol Service<br>P.O. BOX 335,<br>POLSKA, UL.<br>CHAKUBINSKIEG0 8 Poland, | Pollack & Kaminsky<br>114 WEST 47TH STREET<br>New York, NY 10036-1510 | Potter Clarkson<br>58 THE ROPEWALK<br>NOTTINGHAM NG1 5DD<br>UNITED KINGDOM, |
| QMS<br>4829 FAIRMONT AVENUE, Suite B<br>Bethesda, MD 20814-6097 | R. Fried<br>125 West 76th Street Apt. 7 A<br>New York, NY 10023-8336 | R. GOETHALS<br>C/O LOCKE LORD<br>3 W.F. CENTER<br>NY, NY 10281 |
| R. Smith<br>76 Halsey Street<br>Brooklyn, NY 11216-1915 | R.A. Robalino<br>175 W 87th Street Apt. #21f<br>New York, NY 10024-2909 | R.C. Komson<br>10 West 66th Street, Apt. 8K<br>New York, NY 10023-0040 |
| R.E. London<br>727 E. 92nd Street<br>Brooklyn, NY 11236-1421 | R.G.C. Jenkins<br>PO BOX 845654<br>Boston, MA 02284-5654 | R.M. Altieri<br>7 Elaine Terrace<br>Yonkers, NY 10701-5257 |
| R.R. Kohse<br>76 West 82nd Street Apt. 313<br>New York, NY 10024-5643 | R.STRAUSSMAN<br>C/O LOCKE LORD<br>3 W.F. CENTER<br>NY, NY 10281 | RECEIVER GENERAL FOR CANADA<br>NATIONAL RESEARCH COUNCIL CANA<br>FIN BR BLDG M-58<br>OTTAWA, ON K1A 0R6 |
| REMY A ROBALINO<br>175 W87TH STREET, APT 21F<br>NEW YORK, NY 10024-2909 | ROBERT HALF LEGAL<br>DIV OF ROBERT HALF INTERNATIONAL<br>5720 STONERIDGE DRIVE, SUITE THREE<br>PLEASANTON, CA 94588-4521<br>ATTN: KAREN LIMA | RTIS-REEDFAX<br>P.O. BOX 7247-7518<br>PHILADELPHIA, PA 19170-0001 |
| Ramiro Moreno Baldieso<br>AV. MARISCAL SANTA CRUZ<br>1285 BOLIVAR BLDG.<br>LA PAZ BOLIVIA, | Receiver General For Canada<br>NATIONAL RESEARCH COUNCIL CANA<br>FIN BR BLDG M-58<br>OTTAWA, ON K1A 0R6 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |

| | | |
|---|---|---|
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba AMAZON.COM BRC<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131-1605 | Red Top Executive Sedan<br>P.O. BOX 100519<br>Arlington, VA 22210-3519 | Red Top Executive Sedan<br>P.O.Box 7247-6882<br>Philadelphia, PA 19170-0001 |
| Richter, Werdermann & Gerbaulet<br>NEUER WALL 10<br>20354 Hamburg Germany, | Robert Half Finance & Accounti<br>12400 COLLECTIONS CENTER DRIVE<br>Chicago, IL 60693-0001 | S.ATLAS<br>C/O LOCKE LORD<br>3 WORLD FINANCIAL CENTER<br>NY, NY 10281-1013 |
| S.F. MEYER<br>C/O LOCKE LORD<br>3 W.F.CENTER<br>NY, NY 10128 | SABA & CO IP<br>PO BOX 9420<br>BEIRUT LEBANON | SBC GLOBAL SERVICES INC<br>JAMES GRUDUS<br>AT&T SERVICE, INC<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921-2694 |
| SMARTPROS LEGAL & ETHICS LTD<br>12 SKYLINE DRIVE<br>HAWTHORNE, NY 10532-2133 | STATE OF NEW YORK<br>DEPARTMENT OF LABOR<br>GOVERNOR W AVERELL HARRIMAN<br>STATE OFFICE BUILDING CAMPUS<br>BUILDING 12, ROOM 256<br>ALBANY, NY 12240-0001 | Saba & Co (Bahrian)<br>PO BOX 27020<br>Nicosia Cyprus, |
| Sage Publications<br>CQ Press A Div. Of Sage Public<br>PO BOX 19200<br>Washington, DC 20077-0001 | Sale & Pepe<br>1 EXCHANGE PLAZA<br>New York, NY 10006-3008 | Schaumburg Thoenes Thurn Lands<br>PO BOX 860748<br>D-81634 Munchen Germany, |
| Seiwa Patent & Law<br>P.O. BOX 9227<br>Uniondale, NY 11555-9227 | Shelston IP<br>LEVEL 21, 60 MARGARET STREET<br>SYDNEY NSW 2000 Australi, | Smart & Biggar<br>1000 DE LA GAUCHETIERE OUEST S<br>MONTREAL, QC H3B 4W5 |
| Softchoice Corporation<br>P. O. Box 18892<br>Newark, NJ 07191-8892 | Spruson & Ferguson<br>GPO BOX 3898<br>SYDNEY NSW 2001<br>AUSTRALIA, | Stenger Watzke & Ring<br>AM SEESTERN 8<br>D-40547 DUSSELDORF<br>DUSSELDORF GERMANY, D-40547 |
| Steve Meador & Associates<br>318 NW 13TH STREET<br>Oklahoma City, OK 73103-3731 | Stock Industrial Property Serv<br>BEYOGLU P.O.B. 205<br>ISTANBUL 80073 TURKEY, | Swabey Ogilvy Renault<br>1981 MCGILL COLLEGE AVE.<br>SUITE 1600<br>MONTREAL QUEBEC, H3A 2Y3 |
| T.J. Pence<br>4836 KENMORE DRIVE<br>OKEMOS, MI 48864-1625 | T.Pezzano<br>33 CRANE ROAD<br>HUNTINGTON, NY 11743-1734 | TSG Reporting<br>747 THIRD AVENUE SUITE 22 B<br>NEW YORK, NY 10017-2803 |
| The Complete Office Source<br>P.O. BOX 105328<br>Atlanta, GA 30348-5328 | The Dialog Corporation<br>P.O. BOX 532002<br>Atlanta, GA 30353-2002 | Thomson Reuters<br>39441 TREASURY CENTER<br>CHICAGO, IL 60694-9400 |

| | | |
|---|---|---|
| Time Warner Cable<br>P.O. BOX 9227<br>Uniondale, NY 11555-9227 | Tony V. Pezzano<br>33 Crane Road<br>Huntington, NY 11743-1734 | Total Quality Building Service<br>3619 14th STREET, N.W.<br>Washington, DC 20010-1318 |
| Tower Paper Co.<br>1216 BRUNSWICK AVENUE<br>Far Rockaway, NY 11691-3920 | Triple Nine Mail Service<br>3459 CLAY STREET NE<br>Washington, DC 20019-1422 | U.S. Marketing<br>40-14 24th STREET<br>Long Island City, NY 11101-3912 |
| Unalite Electric & Lighting Co<br>PO BOX 1636<br>Long Island City, NY 11101-0636 | United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004-2122 | Univ. Of Minnesota-Estis<br>309 19TH AVENUE SQ.<br>MINNEAPOLIS, MN 55455-0438 |
| V.A. Frid<br>236 East 77th St. Apt. 14<br>New York, NY 10075-9810 | V.P. Gary<br>40 Goodwin Pl<br>Northport, NY 11768-1214 | Venner, Shipley LLP<br>20 LITTLE BRITAIN<br>LONDON EC1A 7DH, EC1A 7DH |
| Veritext New York Reporting Co<br>200 OLD COUNTRY ROAD, Suite 580<br>Mineola, NY 11501-4292 | Verizon Business<br>PO BOX 37873<br>PITTSBURGH, PA 15250-7873 | Vossius & Partner<br>P.O. BOX 86 07 67, D-81634 MUN<br>D-81634 MUNCHEN GERMANY, |
| W & M Properties Of Connecticut, Inc<br>Agent<br>Metro Center One Station Place<br>Stamford, CT 06902 | W & M Properties of Connecticut Inc<br>100 First Stamford Place<br>Stamford, CT 06902-6740 | W.R. Widmer<br>184 Ridgewood Ave<br>Staten Island, NY 10312-2435 |
| W.S. FEILER<br>C/O LOCKE LORD<br>3 WORLD FINANCIAL CENTER<br>NY, NY 10281-1013 | WFP Tower C Co.<br>200 Vesaey Street - 10th Floor<br>New York, NY 10281 | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br>C/O CARL H RIFINO<br>150 EAST 42ND STREET<br>NEW YORK, NY 10017-5639 |
| West Group<br>P.O. BOX 6292<br>Carol Stream, IL 60197-6292 | West Publishing Corp.<br>P.O. BOX 6292<br>Carol Stream, IL 60197-6292 | Wisconsin Tech Search<br>UNIVERSITY OF WISCONSIN - MADI<br>BURSAR'S OFFICE, 750 Universit<br>Madison, WI 53706 |
| XYZ TWO WAY RADIO SERVICE INC<br>C/O PIKE & PIKE PC<br>1921 BELLMORE AVENUE<br>BELLMORE, NY 11710-5639 | XYZ Two Way Radio Service, Inc<br>P.O. BOX 159033<br>275 20th STREET<br>Brooklyn, NY 11215-6307 | Yuasa And Hara<br>CPO BOX 714<br>TOKYO 100-8692<br>JAPAN, |
| Isaac Nutovic<br>Nutovic & Associates<br>488 Madison Avenue<br>16th Floor<br>New York, NY 10022-5713 | Roy Babitt<br>c/o Arent Fox LLP<br>1675 Broadway<br>New York, NY 10019-5820 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AICCO, Inc. | (u)Banc of America Leasing & Capital, LLC | (u)Canon Financial Services, Inc. |
| (u)Cityside Archives, Ltd. | (u)JPMorgan Chase Bank,N.A. | (u)Locke Lord Bissell & Liddell LLP |
| (u)Nutovic & Associates | (u)A J Park<br>Huddart Parker Bldg P.O. Squar<br>P.O. Box 949<br>Weellington, New Zealnd, | (u)Adams & Adams<br>P.O. Box 1014<br>Pretoria , South Afric,    0001 |
| (u)Bart Verdirame<br>Michael P. Dougherty<br>Tony v. Pezzano | (u)COMPUTER PATENT ANNUITIES<br>11- 15 SEATON PLACE<br>Jersey JE1 !BL, | (u)Cruikshank & Fairweather<br>19 Exchange Sq., Glasgow G1 3A<br>Scottland<br>G1 3AE |
| (d)Iron Mountain Information Management, Inc.<br>c/o Frank F. McGinn, Esq.<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street, 9th Floor<br>Boston, MA 02110-1610 | (u)J.J. Brooking | (u)JPMorgan Chase Bank, N.A. c/o Teitelbaum &<br>914 437 7670 |
| (u)Kilburn & Strode<br>20 RED LION STREET<br>LONDON wc1r 4pj U.,    WC1R 4PJ | (u)Kinutani & Associates<br>Chem. Bld, 15-12 Nishi-Shimbas<br>MInato-Ku Tokyo 105-0003, | (u)Minori Patent Professional Cor<br>CHIYODA SEIMEI KYOTO OIKE BUIL<br>OIKE-DORI TAKAKURA-NISHI, |
| (u)Miura & Associates<br>NISHIWAKI BUILDING 4F<br>1-4 KOJIMACHI<br>4  CHROME 102-0083,    102-0083 | (u)Remfry & Sagar<br>REMFRY HOUSE, 8, NANGAL RAYA B<br>New Delhi 110 046 I,    110 046 | (u)Shapiro Cohen Andrews Finlayso<br>112 KENT STREET, SUITE 2001<br>P.O. BOX 3440 STN D,    K1P 6P1 |
| (u)Shimizu Patent Office<br>6TH FL KANTETSU TSUKUBA-SCI-CI<br>1-1-1 OROSHI-MACHI TSUCHIURA B<br>300-0847 | (u)Wilkinson & Grist<br>6th Floor, PRINCE'S BUILDING<br>CHATER ROAD,<br>CENTRAL HONK KONG, | (u)YKI Patent Attorneys<br>1-34-12 KICHIJOJI-HONCHO<br>MUSASINO-SHI TOKYO,    180-0004 |
| (u)Bart Verdirame | (u)Michael P. Dougherty | (u)Tony V. Pezzano |

End of Label Matrix
Mailable recipients    298
Bypassed recipients     27
Total                  325