UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

MORGAN & FINNEGAN L.L.P.

Debtor.

Chapter 7

Case No. 09-11203 RDD

**STATEMENT OF
UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
|  | Clerk of the Court |  | $3,531.77 |

**TOTAL UNCLAIMED DIVIDENDS:**                                                      $   **3,531.77**

Dated:  June 25, 2014

/s/ Roy Babitt
Roy Babitt, Trustee
Trustee
156 West 56th Street
New York, NY  10019
(212) 237-1211