UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                    Chapter 7

MORGAN & FINNEGAN L.L.P.                                   Case No. 09-11203 RDD

                                                          **AMENDED
                                                          STATEMENT OF
                         Debtor.                          UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|-----------|---------------------------|----------------|----------|
| 101 | G.K. Rymer<br>314 Fourth Street Apt. 1<br>Brooklyn, NY 11215 | $3,531.77 | $3,531.77 |

**TOTAL UNCLAIMED DIVIDENDS:**                            $     **3,531.77**

Dated:  July 1, 2014

                                   /S/ Roy Babitt
                                   Roy Babitt, Trustee
                                   Trustee
                                   156 West 56th Street
                                   New York, NY  10019
                                   (212) 237-1211